**SO ORDERED: April 23, 2010.**



_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| GLYNN M. WILLS and BETTY R. WILLS, | ) ) ) | Case No. 08-80404-FJO-07 |
| Debtors | ) ) | |
| GLYNN M. WILLS and BETTY R. WILLS, | ) ) ) | |
| Plaintiffs, | ) ) | Adversary No. 08-58043 |
| vs. | ) ) | |
| SALLIE MAE SERVICING and NELNET LOANS, | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

This Court hereby incorporates by reference the Findings of Fact and Conclusions of Law

entered simultaneous herein on the Defendant's Motion for Summary Judgment and ORDERS

the Defendant's Motion for Summary Judgment shall be granted; that judgment be entered in favor of the Defendant and against the Plaintiff; and that the student loan is hereby declared to be nondischargeable.

##